No. 98–5151. PITSONBARGER *v.* GRAMLEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 98–5818. LUDWIG *v.* VERMETTE ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–5931. BARNES *v.* PUCINSKI, CLERK, CIRCUIT COURT OF ILLINOIS, COOK COUNTY. Sup. Ct. Ill. Certiorari denied.

No. 98–5934. TAYLOR *v.* GARRETT, JUDGE, CIRCUIT COURT OF ALABAMA, JEFFERSON COUNTY, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5939. BOGART *v.* CURRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5940. PARNELL *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5941. SMITH *v.* PARKER, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5944. POLLACK *v.* WILSHIRE LEASING, LTD. C. A. 11th Cir. Certiorari denied.

No. 98–5952. MUNG VAN LAM *v.* BARNETT ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–5958. CORRELL *v.* STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 98–5965. PIZZO *v.* STALDER, SECRETARY, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5967. PERFETTO *v.* KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–5968. RICHARDSON *v.* HUFFMAN. C. A. 4th Cir. Certiorari denied.

No. 98–5970. CLYMER *v.* RUBENSTEIN, DISTRICT ATTORNEY OF BUCKS COUNTY, PENNSYLVANIA, ET AL. Super. Ct. Pa. Certiorari denied.